*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: September 24, 2015          520262
_____

In the Matter of ROBERT RIVERA,
                 Petitioner,

     v                             MEMORANDUM AND JUDGMENT

ANTHONY J. ANNUCCI, as Acting
   Commissioner of Corrections
   and Community Supervision,
                 Respondent.
_____

Calendar Date: August 10, 2015

Before: Garry, J.P., Egan Jr., Devine and Clark, JJ.

_____

Robert Rivera, Malone, petitioner pro se.

Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondent.

_____

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a tier III prison disciplinary determination. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge is to be refunded to petitioner's inmate account. Given that no loss of good time was imposed, petitioner has received all of the relief to which he is entitled and the proceeding must be dismissed as moot (see Matter of Williams v Annucci, 129 AD3d 1427, 1427 [2015]).

                    -2-                    520262

        Garry, J.P., Egan Jr., Devine and Clark, JJ., concur.


        ADJUDGED that the petition is dismissed, as moot, without
costs.




                    ENTER:

                    *Robert D Mayberger*

                    Robert D. Mayberger
                    Clerk of the Court